FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARYL DANITA CARBY,<br><br>     Plaintiff,<br><br> v.<br><br>BARACK HUSSEIN OBAMA, *et al*,<br><br>     Defendant. | NO. 2:26-CV-0226-TOR<br><br>ORDER DISMISSING COMPLAINT |

BEFORE THE COURT is Plaintiff's Complaint (ECF No. 1). On May 19, 2026, the Court tentatively declared Plaintiff a vexatious litigant and ordered her to show cause in a related case, 2:26-CV-0160-TOR (ECF No. 6). The Order further required Plaintiff to obtain Court approval prior to filing any new *pro se* civil action in the Eastern District of Washington to ensure any new filing was meritorious and not duplicative or frivolous. *Id.* The present complaint was filed on June 21, 2026 without Court approval. ECF No. 1. A review of the complaint reveals that it is duplicative of other actions found to be meritless.

ORDER DISMISSING COMPLAINT ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Plaintiff's Complaint (ECF No. 1) is **DISMISSED** with prejudice. All pending motions are **DENIED**.

The District Court Executive is directed to enter this Order and Judgment accordingly, forward copies to Plaintiff, and **CLOSE** the file.

DATED July 6, 2026.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING COMPLAINT ~ 2